

FILED
LODGED

FEB 16 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

# IN THE UNITED STATES COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GALVIN REALTY LAW GROUP, a Washington professional services corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL SHANKS, PATRICIA HUTTON, and THE UNITED STATES OF AMERICA,<br><br>Defendants. | CIVIL DOCKET FOR CASE #: 2:07-cv-00121-JLR<br><br>Snohomish County Superior Court, 06-00002-09718-0<br><br>Motion of Attorney for Defendant Patricia Hutton to Withdraw |
| THE UNITED STATES OF AMERICA,<br><br>Intervenor Defendant and Cross-Complainant,<br><br>v.<br><br>WASHINGTON UTILITIES AND TRANSPORTATION COMMISSION<br><br>Cross-Defendant. | NOTE ON MOTION CALENDAR:<br><br>March 06, 2007 without oral argument |

07-CV-00121-M

Motion to Withdraw

Page 1 of 3

LAW OFFICE OF
ROBERTA E. DOYLE
9709 Third Avenue NE
Northgate Plaza Bldg * Suite 504
Seattle, Washington 98115
(206) 525-9934

Comes now Roberta E. Doyle, attorney in the Snohomish County Superior Court for Defendant Patricia Hutton, and moves the court, under GR 2(g)(4)(A), for leave to withdraw as Ms. Hutton's attorney now that this matter has been removed to the U.S. District Court for the Western District of Washington. I have been in the practice of law for 29 years, but my practice has been confined to Domestic Relations law, in the Superior Courts of the State of Washington. When I undertook to represent Ms. Hutton, her legal needs were well within my area of expertise. The case has now expanded to include issues of Federal Tax Liens to be litigated in the Federal Court, and I cannot properly represent Ms. Hutton's interests under the current posture of this case.

I retained a qualified tax counsel to review the facts and circumstances of the subject tax liens in this case, as they pertain to Ms. Hutton, and Ms. Hutton will be supplied with the results of tax counsel's discovery. I have also provided Ms. Hutton with the name of an attorney known to me to be experienced in the procedures of the Federal Court, and willing to take her case if she chooses to employ him.

Respectfully submitted this 14th day of February, 2007.

Law Office of Roberta E. Doyle

*Roberta E. Doyle* (signature)

Roberta E. Doyle, WSBA# 7613
Attorney for Defendant Patricia Hutton

Motion to Withdraw

Page 2 of 3

LAW OFFICE OF
ROBERTA E. DOYLE
9709 Third Avenue NE
Northgate Plaza Bldg * Suite 504
Seattle, Washington 98115
(206) 525-9934

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of this **Motion of Attorney for Defendant Patricia Hutton to Withdraw** and **Order on Motion of Attorney for Defendant Patricia Hutton to Withdraw** has been made this 14th day of February, 2007, by United States' Mail to:

Patricia A. Hutton
1149 Insco Loop
Blacklick, OH 43004

Erin B. Ashwell, Atty., Tax Div.
555 4th Street NW
Rm. 7907 B
Washington, DC  20001-2733

I HEREBY FURTHER CERTIFY that service of this **Motion of Attorney for Defendant Patricia Hutton to Withdraw** and **Order on Motion of Attorney for Defendant Patricia Hutton to Withdraw** has been made this 14th day of February, 2007, by legal messenger services to:

James J. Jameson, P.S.
3409 McDougall Ave, Suite 201
Everett, WA 98201
(Attorney for Defendant Michael Shanks)

Dale J. Galvin
Galvin Realty Group, P.S.
21907 - 64th Avenue West, Suite 360
Mountain Lake Terrace, WA 98043
(Attorney for Plaintiff)

_____
Marc Rudolf Remenar
Paralegal to Ms. Roberta E. Doyle, Atty for Ms. Hutton

Motion to Withdraw

Page 3 of 3

LAW OFFICE OF
**ROBERTA E. DOYLE**
9709 Third Avenue NE
Northgate Plaza Bldg * Suite 504
Seattle, Washington 98115
(206) 525-9934