___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB 1 6 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

07-CV-00121-PRO

# IN THE UNITED STATES COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GALVIN REALTY LAW GROUP, a Washington professional services corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL SHANKS, PATRICIA HUTTON, and THE UNITED STATES OF AMERICA,<br><br>Defendants. | CIVIL DOCKET FOR CASE #: 2:07-cv-00121-JLR<br><br>Snohomish County Superior Court, 06-00002-09718-0<br><br>Order on Motion of Attorney for Defendant Patricia Hutton to Withdraw |
| THE UNITED STATES OF AMERICA,<br><br>Intervenor Defendant and Cross-Complainant,<br><br>v.<br><br>WASHINGTON UTILITIES AND TRANSPORTATION COMMISSION<br><br>Cross-Defendant. | NOTE ON MOTION CALENDAR:<br><br>March 06, 2007 without oral argument |

Order on Mtn. To Withdraw

Page 1 of 2

LAW OFFICE OF
ROBERTA E. DOYLE
9709 Third Avenue NE
Northgate Plaza Bldg • Suite 504
Seattle, Washington 98115
(206) 525-9934

1   THIS MATTER came on regularly for hearing this date, without oral argument, on the Motion of Roberta E. Doyle, attorney for Defendant Patrica Hutton, and the court finding that all parties hereto were served with notice of this motion, and finding further that said motion is timely under GR 2(g)(4)(A), and that good cause for the request for withdraw has been shown, and being otherwise advised in all things, it is now, therefore.

ORDERED that Roberta E Doyle is hereby withdrawn as attorney for Defendant Patricia Hutton herein; and the clerk is directed to verify that the record herein so reflects.

Done in open court without oral argument this _____ day of March, 2007.

_____
The Honorable James L. Robart
Judge of the U.S. District Court for the
Western District of Washington

Presented by:

Law Offices of Roberta E. Doyle

*(signature)*
Roberta E. Doyle, WSBA# 7613
Attorney for Defendant Patricia Hutton

Order on Mtn. To Withdraw

Page 2 of 2

LAW OFFICE OF
ROBERTA E. DOYLE
9709 Third Avenue NE
Northgate Plaza Bldg * Suite 504
Seattle, Washington 98115
(206) 525-9934